# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 CR 453 | DATE | 7/15/2008 |
| CASE TITLE | United States of America vs. Brandon Ellington | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is ordered that the defendant, Brandon Ellington, be allowed to travel to Atlanta, Georgia from July 18, 2008 through July 21, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED 2008 JUL 16 AM 8:33
CLERK U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA