

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
                 PLAINTIFF, )
                        ) 08CR 0453

VS )
                        )

BRANDON ELLINGTON )  JUDGE WAYNE ANDERSEN
               DEFENDANT. )

## AGREED ORDER

The Court having been advised,

It Is Ordered,

1. That the defendant, Brandon Ellington, be allowed to travel to Atlanta, Georgia from July 18, 2008 through July 21, 2008,


JUDGE WAYNE ANDERSEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

July 15, 2008
DATE