*MHN*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | ) <br>) <br>) <br>) |
| VS | ) 08CR 453 |
|  | ) |
| BRANDON ELLINGTON<br>DEFENDANT. | ) <br>) |

## AGREED ORDER

The Court continues Mr. Ellington's surrender to the Bureau of Prisons until January 25, 2011.

Judge Joan Gottschall
*Emergency Judge*
United States District Court
Northern District of Illinois

9/21/10
Date